[No. 3089–2.   Division Two.   March 29, 1978.]

*In the Matter of the Personal Restraint of*
LARRY F. RICHARDSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5613, Frank E. Baker, J., entered October 5, 1976. *Reversed* and *remanded with instructions* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 3267–2.   Division Two.   April 3, 1978.]

*In the Matter of the Personal Restraint of*
FRANKLIN J. SMITH, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 46059, James V. Ramsdell, J., entered November 1, 1976. *Reversed* by unpublished per curiam opinion.

[No. 5123–1.   Division One.   April 3, 1978.]

THE STATE OF WASHINGTON, *Respondent, v.* ILLYA V. JOY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9250, Jack S. Kurtz, J., entered October 5, 1976. *Affirmed* by unpublished per curiam opinion.